UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BRIAN LOWERY AND ANGELA LOWERY, ET AL<br>PLAINTIFFS<br><br>VERSUS<br><br>FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY, a corporation,<br>DEFENDANT | § § § § § § § § § § § § | CIVIL ACTION NO.: 3:10-cv-00450 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARY MEDWEDEFF AND MICHAEL G. MEDWEDEFF<br><br>PLAINTIFFS<br><br>VERSUS<br><br>FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY, a corporation,<br>DEFENDANT | § § § § § § § § § § § § § | CIVIL ACTION NO.: 3:10-mc-7008 |

## **ORDER**

Considering the foregoing Rule 41(a) Stipulation of Dismissal,

IT IS ORDERED that all of Plaintiffs' claims in Civil Action No. 3:10-mc-7008 are hereby dismissed with prejudice as to FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY, with each party to bear its own costs and expenses.

IT IS FURTHER ORDERED that all claims by Plaintiffs, MARY MEDWEDEFF AND MICHAEL G. MEDWEDEFF, in Civil Action No. 3:10-cv-00450 are hereby dismissed with prejudice

as to FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY, with each party to bear its own costs and expenses.

IT IS FURTHER ORDERED that all rights, remedies and claims of all remaining Plaintiffs and all rights and defenses of FIDELITY NATIONAL PROPERTY AND CASUALTY INSURANCE COMPANY are hereby reserved in full in Civil Action No. 3:10-cv-00450, and any corresponding miscellaneous cases under Civil Action No. 3:10-cv-00450.

Galveston, Texas, this 29th day of September, 2017.

GEORGE C. HANKS, JR.
United States District Judge